# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN AND PATRICIA ALLEN | § § § § § § § | CIV. CASE 4:18-CV-00862 |
| VS. | | |
| ALLSTATE INSURANCE COMPANY | | |

## PLAINTIFFS ROBERT AND PATRICIA ALLEN'S RULE 26(a)(1) DISCLOSURES

**1.** PARTIES / COUNSEL

A. ROBERT ALLEN and PATRICIA ALLEN are "Plaintiffs." Plaintiffs are represented by WILLIAM C. BOYD (TBA 02779000; Fed Bar #12281) and S. SCOTT BOYD (TBA 24026909) of Patterson, Boyd & Lowery, P.C., 2101 Louisiana St., Houston, Texas 77002; (phone: 713-222-0351; Fax: 713-759-0642; email: wboyd@pattersonboyd.com).

B. ALLSTATE INSURANCE COMPANY is "Defendant." Defendant is represented by Douglas D. D'Arche (TBA# 00793582) and Bradley K. Jones (TBA# 24060041) of Baker & Hostetler LLP, 811 Main St., Suite 1100, Houston, TX 77002 (Ph. 713-751-1600; Fax: 713-751-1717; Email: ddarche@bakerlaw.com) and by Deani Beard Milano (La Bar # 24358; Fed Bar # 365623) of Nielsen & Tres LLC,

1

3838 N. Causeway Blvd., Suite 2850, Metairie, Louisiana 70002 (Ph. 504-837-2500;

Fax 504-832-9165; email: dmilao@net-law.com).

2. <u>WITNESSES</u>

    A.    ROBERT ALLEN, PLAINTIFF C/O PATTERSON BOYD & LOWERY PC. Mr. Allen is one of the owners of the property made the basis of this law suit. Will testify as to repairs and damages to the home.

    B.    PATRICIA ALLEN , PLAINTIFF C/O PATTERSON BOYD & LOWERY PC Ms. Allen is one of the owners of the property made the basis of this law suit Will testify as to repairs and damages to the home.

    C.    NICHOLAS DESHAIES ALLSTAEE ADJUSTER C/O DEFENDANT. Mr. Deshaies was one of the adjusters Assigned by Allstate to inspect the damages to Mr. and Ms. Allen's home

    D.    GLENN KIMBERLIN ALLSTATE ADJUSTER C/O DEFENDANT. Mr. Kimberlin was one of the adjusters Assigned by Allstate to inspect the damages to Mr. and Ms. Allen's home

    E.    ROBERT LYNN ELLISON ALLSTATE LLOYD AGENCY
_____
_____
281 859-1198
Will have discoverable information regarding Mr. and Ms. Allen's policy and claim.

    F.    JOHN CRIDER ALLSTATE CLAIMS MGR
P.O. BOX 672041
DALLAS TX 75267
PHONE 888 202-3716
Mr. Crider was one of the claims managers who discussed The damages with Mr. and Ms. Allen. Will have discoverable information regarding Mr. and Ms.

Allen's claim.

G.     RICHARD FOLKMAN CLAIMS MGR
P.O. BOX 672041
DALLAS TX 75267
PHONE 888 202-3716
Mr. Folkman was another of the claims managers who discussed the damages with Mr. and Ms. Allen. Will have discoverable information regarding Mr. and Ms. Allen's claim.

H.     CUSTODIAN OF RECORDS FOR AMISH CABINETS OF HOUSTON
301 WELLS FARGO DRIVE SUITE C7
HOUSTON, TEXAS 77090
PHONE 281-587-2663
The Custodian will likely be Daniel Kelly. He will Authenticate business records regarding repairs. Will have discoverable information regarding Mr. and Ms. Allen's claim.

I.     DANIEL KELLY OF AMISH CABINETS OF HOUSTON
301 WELLS FARGO DRIVE SUITE C7
HOUSTON, TEXAS 77090
PHONE 281-587-2663
Mr. Kelly did repairs to Mr. and Ms. Allen's home; will have discoverable information regarding Mr. and Ms. Allen's claim.

J.     DAN STOUFFER C/O JANSEN INTERNATIONAL
922 West Greens Road
Houston, Texas 77067
Mr. Stouffer did repairs to Mr. and Ms. Allen's home Will have discoverable information regarding Mr. and Ms. Allen's claim.

K.     CUSTODIAN OF RECORDS FOR JANSEN INTERNATIONAL
4851 LBJ FRWY SUITE 150
DALLAS TEXAS 75244
Will likely be Dan Stouffer who will authenticate Business records; will have discoverable information regarding Mr. and Ms. Allen's claim.

L.     CUSTODIAN OF RECORDS FOR BLACKMON MOORING OF HOUSTON
10511 KIPP WAY Suite 400
HOUSTON TEXAS 77099
832 435-8514
Will likely be Koy Krause who will authenticate Business records; Will have discoverable information regarding Mr. and Ms. Allen's claim.

M.     KOY KRAUSE C/O BLACKMON MOORING OF HOUSTON
10511 KIPP WAY Suite 400
HOUSTON TEXAS 77099
832-435-8514
Blackmon Mooring provided labor and materials and Services regarding repairs to Mr. and Ms. Allen's home. Will have discoverable information regarding Mr. and Ms. Allen's claim.

N.     CUSTODIAN OF RECORDS FOR BMC WEST CORPORATION
16002 TOMBALL PKWY
HOUSTON, TEXAS 77086
281-440-9090
Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim.

O.     CUSTODIAN OF RECORDS FOR R&A SERVICES
11510 Old Mission Rd
Houston, Texas 77095

Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim.

P.           CUSTODIAN OF RECORDS FOR BISON BUILDING MATERIALS
1445 W. SAM HOUSTON PKWY N
HOUSTON TEXAS 77043
PHONE 713 463-6700
Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim.

Q.           CUSTODIAN OF RECORDS FOR CHRISTIE BROTHERS
13306 TOSCA LANE
HOUSTON TEXAS 77079
Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim.

R.           CUSTODIAN OF RECORDS FOR CORNERSTONE ELECTRIC COMPANY
1047 E. HUFSMITH RD
TOMBALL TEXAS 77375
Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim.

S.           CUSTODIAN OF RECORDS FOR ALLEN LAND MANAGEMENT
9977 W. SAM HOUSTON PKWY N
SUITE 150
HOUSTON 77064
Will likely be Mr. Allen. He will authenticate business Records; Will have discoverable information regarding Mr. and Ms. Allen's claim.

| | |
|---|---|
| T. | ROBERT BALLARD ALLSTATE ADJUSTER<br>Independent PC Adjuster<br>6709 W. 119th, Suite231<br>Overland Park, KS 66209<br>913-915-5865<br>Mr. Ballard was an independent adjuster hired by Allstate to inspect damages to Mr. and Ms. Allen's Home. Will have discoverable information regarding Mr. and Ms. Allen's claim. |
| U. | CUSTODIAN OF RECORDS FOR HART LBR<br>P.O. BOX 65099<br>SAN ANTONIO, TEXAS 78255<br>281-447-0384<br>Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim. |
| V | CUSTODIAN OF RECORDS FOR KEVIN YOUNG DESIGNERS<br>5615 N.W. CENTRAL DR.<br>SUITE CK-108<br>HOUSTON TEXAS 77092<br>Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim. |
| W | CUSTODIAN OF RECORDS FOR MARVIN LOPEZ CONTRACTORS<br>5523 PRIMROSE ST<br>HOUSTON TEXAS77017<br> Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim. |
| X | MARVIN LOPEZ C/O MARVIN LOPEZ CONTRACTORS<br>5523 PRIMROSE ST<br>HOUSTON TEXAS77017<br>Mr. Lopez performed repairs to Mr. and Ms. Allen's home |

|   |   |
|---|---|
|   | Will have discoverable information regarding Mr. and Ms. Allen's claim. |
| Y. | CUSTODIAN OF RECORDS FOR MORNINGSTAR RESTORATION INC<br>1110 NASA PKWY<br>SUITE 450<br>HOUSTON TEXAS 77058<br>832-340-7446<br>Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim. |
| Z | CUSTODIAN OF RECORDS FOR PERFECTION<br>6742 N. ELDRIDGE PKWY<br>HOUSTON TEXAS 77041<br>713-937-4575<br>Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim. |
| AA | CUSTODIAN OF RECORDS FOR PROGRESSIVE CONNECTIONS INC<br>9013 HUFSMITH./KUYKENDAHL RD<br>SUITE C-2<br>TOMBALL TEXAS 77375<br>Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim. |
| BB | CUSTODIAN OF RECORDS FOR T&R CONSTRUCTION INC<br>P.O. BOX 710430<br>HOUSTON TEXAS 77271<br>713-270-9024<br>Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim. |

| | |
|---|---|
| CC | CUSTODIAN OF RECORDS FOR TEXAS CUSTOM GRANITE CO.<br>5606 OLD GREENHOUSE RD<br>HOUSTON TEXAS 77084<br>281-861-8775<br>Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim. |
| DD | CUSTODIAN OF RECORSDS FOR WISENBAKER BUILDER SERVICE INC<br>1703 WESTFIELD LOOP<br>HOUSTON TEXAS 77073<br>Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim. |
| EE | CUSTODIAN OF RECORDS FOR UNITED SITE SERVICES<br>PO BOX 660475<br>DALLAS, TEXAS 75266-0475<br>Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim. |
| FF. | CUSTODIAN OF RECORDS FOR FEMA FLOOD INSURANCE<br>Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim. |
| GG. | CUSTODIAN OF RECORDS FOR FERGUSON ENTERPRISES, INC.<br>16590 Interstate 45 S., Suite 100<br>Conroe, Texas 77384-4170<br>281-350-3355<br>Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim. |
| HH | CUSTODIAN OF RECORDS FOR MIRROR GALLERY, INC |

|     |     |
| --- | --- |
|     | 9600 Grant Road<br>Houston, Texas 77070<br>281-893-6922<br>Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim. |
| II  | CUSTODIAN OF RECORDS FOR L&W WEATHERSTRIPPING<br>3421 US-77,<br>Schulenburg, Texas 78956<br>979-743-4095<br>Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim |
| JJ. | CUSTODIAN OF RECORDS FOR ACCENT SHUTTER, INC<br>8910 FM 2920<br>Spring, Texas 77389<br>281-320-0009<br>Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim |
| KK  | CUSTODIAN OF RECORDS FOR TRADEMARK WINDOWS<br>And DOORS – DAN BOLAND<br>14151 Cameswood<br>Tomball, Texas 77375<br>281-255-3716<br>Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim |
| LL  | CUSTODIAN OF RECORDS FOR K&N Builder Sales<br>1401 Shepherd<br>Houston, Texas 77007<br>713-868-3611<br>Will authenticate Business Records for Mr. and Ms. Allen's claim. Will have discoverable information regarding Mr. and Ms. Allen's claim |

| | |
|---|---|
| MM | CUSTODIAN OF RECORDS FOR Lescon Plumbng Inc<br>200 N. Houston Ave<br>Humble Texas 77338 |
| NN | CUSTODIAN OF RECORDS FOR Redmon Hearng & A/C Services<br>6922 Satsuma Drive<br>Houston Texas 77041 |
| OO | CUSTODIAN OF RECORDS FOR Cast Fireplaces Inc<br>10425 Tanner Rd<br>Houston Texas 77041 |
| PP | CUSTODIAN OF RECORDS FOR Marek Brothers Co.<br>3701 Piney Woods Dr.<br>Houston Texas 77018 |
| QQ | CUSTODIAN OF RECORDS FOR Sifuentes Enterprises<br>2617 Bertrand St<br>Houston Texas 77093 |
| RR | LUZ RAZO<br>9626 Concord Lane<br>Houston Texas 77064 |
| TT | MANUEL GARCIA |
| UU | CUSTODIAN OF RECORDS FOR Ranger Insulation<br>6100-D Brittmoore Rd<br>Houston Texas 77041 |
| VV | Alberto Estrada<br>13018 Foxboro Dr<br>Houston Texas 77065 |
| WW | JESUS HUMPREY- c/o Allstate. Inside Adjuster |
| XX | AMBER ADAMS- c/o Allstate |

| | | |
|---|---|---|
| | YY | All Witnesses designated by any other Party in any Discovery document or Pleading |

3    DOCUMENTS

Discoverable documents are in the possession of Mr. Allen. Copies of all documents pertaining to Mr. and Ms. Claim have been previously provided to Allstate prior to the transfer to Federal Court. The documents include copies of the policies, loss reports, notices of losses, email transmissions, notices of claim, 60 day notice of claim, repair records including invoices, estimates, purchase orders, checks receipts. Upon request additional copies will be provided.  Email correspondence between Mr. Allen and counsel have not been provided. They are numerous and all occur after the decision was made to file suit.

4.    DAMAGES

Mr. and Ms. Allen seek damages in the amount of $96,000.00. Their claim is a supplemental claim. The initial claim was settled for $154,000. Mr. and Ms. Allen will offer proof of damages in excess of $300,000.00; however the policy limits are only $250,000.00.

5.    INSURANCE

To the best of Mr. and Ms. Allen's knowledge, other than the Allstate NFIP insurance policy made the basis of this law suit there are no other policies of insurance which cover Mr. and Ms. Allen's flood claim.

RESPECTFULLY SUBMITTED

PATTERSON, BOYD & LOWERY, P.C.

BY: /s/ *WILLIAM C. BOYD*
    WILLIAM C. BOYD
    T/B/A  02779000
    Fed. Bar # 12281
    Email: wboyd@pattersonboyd.com
    S. SCOTT BOYD
    T/B/A 24026909
    Fed. Bar #_____
    Email: ssboyd@pattersonboyd.com
    2101 Louisiana St.
    Houston, Texas 77002
    Phone: 713-222-0351
    Fax: 713-759-0642
    Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, William C. Boyd, certify a true copy of the foregoing Amended Petition was forwarded to ALL counsel for Defendants by fax/email at the addresses and numbers stated in Paragraph I above on this 22ND day of May, 2018.

    /s/ *WILLIAM C. BOYD*
      WILLIAM C. BOYD